**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lucas Augustine, | No. CV 12-2251-PHX-JAT |
| Plaintiff, | **ORDER** |
| vs. | |
| Spare Backup, Inc., | |
| Defendant. | |

Federal courts are courts of limited jurisdiction. As a result, they can hear only those cases that the Constitution and Congress have authorized them to adjudicate: namely, cases involving diversity of citizenship, a federal question, or cases to which the United States is a party. *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). The party asserting jurisdiction bears the burden of proving that this Court has jurisdiction. *Id.*

The Court has reviewed the complaint in this case and finds Plaintiff has not pleaded federal subject matter jurisdiction. Specifically, all of Plaintiff's causes of action are based on Arizona state statutes. Further, Plaintiff has not alleged diversity. *See e.g. Hertz Corp. v. Friend*, 130 S. Ct. 1181, 1192 (2010). Because Plaintiff filed his suit in federal district court, he must show that the federal court is authorized to hear his case. Accordingly,

/ / /

/ / /

/ / /

1     **IT IS ORDERED** that Plaintiff shall file an amended complaint alleging federal
2 subject matter jurisdiction within 30 days of the date of this Order, or this case will be
3 dismissed, without prejudice, for lack of federal subject matter jurisdiction.

4     DATED this 1st day of November, 2012.

_____
James A. Teilborg
United States District Judge